UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ORTIZ, | No. 2:19-cv-02090-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| MICHELE KWOK, | |
| Defendant. | |

Plaintiff Rene Ortiz ("Plaintiff"), who is proceeding *pro se*, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 11, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days after service of the findings and recommendations. (ECF No. 14.) No objections to the findings and recommendations have been filed.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 11, 2020 (ECF No. 14), are adopted in full;

2. Defendant's Motion to Dismiss (ECF No. 7) is GRANTED;

3. The Complaint is DISMISSED without prejudice for lack of subject matter jurisdiction; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: October 6, 2020

Troy L. Nunley
United States District Judge